# RKRB  RAINEY · KIZER · REVIERE & BELL PLC

209 EAST MAIN STREET
POST OFFICE BOX 1147
JACKSON, TENNESSEE 38302-1147
731.423.2414
Fax: 731.426.8111

DALE CONDER, JR.
ATTORNEY AT LAW

October 13, 2014

Garry Brown, DA
District Attorney Office
P.O. Box 145
Trenton, TN 38382-0145

RE:   Public records request/Eddie Ray Epperson
      Our File No.:  01129/76315

Dear General Brown:

I represent the City of Humboldt, Tennessee, in the Eddie Epperson matter.  The attorney for the Epperson family has made an open records request to Humboldt, Tennessee, regarding records related to this matter.  Please let me know if the TBI investigative file can be provided to the Epperson family's attorney.

Thank you for your attention to this matter.

Yours very truly,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

Dale Conder, Jr., Attorney at Law
direct dial:  731.426.8130
direct fax:   731.410.1326
email:  dconder@raineykizer.com

MDC:djt

EXHIBIT 1

WWW.RAINEYKIZER.COM
JACKSON · MEMPHIS



OFFICE OF THE

# District Attorney General

TWENTY-EIGHTH JUDICIAL DISTRICT
STATE OF TENNESSEE
CROCKETT, GIBSON, HAYWOOD COUNTIES

## Garry Brown

113B WEST EATON STREET
P.O. BOX 145

Trenton, Tennessee 38382

TELEPHONE 731-855-7813
FAX 731-855-7815

ASSISTANT ATTORNEYS GENERAL
JERALD M. CAMPBELL
JASON C. SCOTT
HILLARY LAWLER PARHAM
MARK C. HAZLEWOOD
JENNIFER A. DEEN
MARC P. MURDAUGH

INVESTIGATOR
SHARON MAITLAND

VICTIM-WITNESS COORDINATOR
JODIE AGEE

ADMINISTRATIVE ASSISTANT
DEBBIE COLEMAN

RECORDS CLERK
MARTHA JO REID

SECRETARY
BEVERLY PRINCE
CAROL J. OLIVER

BROWNSVILLE OFFICE
JUSTICE COMPLEX CENTER
100 SOUTH DUPREE AVENUE
BROWNSVILLE, TN 38012

SEND MAIL TO:
P.O. BOX 145
TRENTON, TN 38382

October 22, 2014

Dale Conder, Jr.
209 East Main Street
P.O. Box 1147
Jackson, TN 38302

RE: Public Records request/Eddie Ray Epperson

Dear Dale,

It is my understanding that the law prohibits me from releasing a T.B.I. investigative file without a court order to do so. Please advise if your understanding of the law is otherwise.

Sincerely,

Garry Brown
District Attorney General

GB:ja