**RAINEY • KIZER • REVIERE & BELL PLC**

209 EAST MAIN STREET
POST OFFICE BOX 1147
JACKSON, TENNESSEE 38302-1147
731.423.2414
Fax: 731.426.8111

DALE CONDER, JR.
ATTORNEY AT LAW

October 23, 2014

Mr. Michael W. Gaines
Cohen Law Firm
201 E. Kennedy Blvd., Ste. 1950
Tampa, FL 33602

RE:   Public records request/Eddie Ray Epperson
      Request for preservation/non-spoliation of documents/materials
      Our File No.:  01129/76315

Dear Mr. Gaines:

I am enclosing a copy of the autopsy report that the City of Humboldt, Tennessee, received in this case. I am also enclosing a letter from District Attorney Garry Brown explaining his position on releasing the T.B.I. report. Because he will not release the T.B.I. file, I am not in a position to be able to send that to you.

If you have any questions, please let me know.

Yours very truly,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

Dale Conder, Jr., Attorney at Law
direct dial:  731.426.8130
direct fax:   731.410.1326
email:  dconder@raineykizer.com

MDC:djt
Enclosures

EXHIBIT 2

WWW.RAINEYKIZER.COM
JACKSON • MEMPHIS