# THE BARRY A. COHEN LEGAL TEAM

201 E. KENNEDY BLVD. SUITE 1950
TAMPA, FLORIDA 33602
Telephone 813-225-1655; Fax 813-225-1921
www.tampalawfirm.com

July 17, 2015

Mr. Dale Conder, Jr.
Rainey, Kizer, Reviere & Bell, P.L.C.
209 E. Main St.
Jackson, TN 38302-1147

  Re:  Mary Epperson v. City of Humboldt
     Response to Plaintiff's Subpoena for TBI Report

Mr. Conder:

  Enclosed is your copy of the TBI Investigative Report that was received in response to Plaintiff's Subpoena. The enclosed CD includes all the photographs that were on the CD of the TBI Investigative Report. I did not include the in-camera dash video recording since you already have that in your possession.

  I believe this satisfies compliance with your request for a copy. If there is anything you believe to be lacking, kindly let me know.

  Thank you for your cooperation thus far in this matter. It is appreciated.

        Sincerely,

        *(signature)*

        Mindy Walsh

Enclosures
cc: Michael Rowan, Esq.

EXHIBIT 4