Case Number: 2014-0452                                    Decedent: Eddie R. Epperson

## MICROSCOPIC EXAMINATION

**HEART:** Mild to moderate hypertrophy of myocytes. Multifocal areas of coagulation necrosis without appreciable inflammatory response.

**LUNG:** Numerous foamy macrophages with an occasional macrophage having multiple nuclei; focally, an early neutrophilic infiltrate present; foreign material not identified; slight alveolar fibrosis.

**LIVER:** No significant abnormality.

**KIDNEY:** Sloughing of tubular epithelium; vacuolation of tubular epithelium; tubules containing amorphous material.

**BRAIN:** Sections from neocortex and hippocampus are examined. An occasional neuron demonstrates eosinophilic change.

## SUMMARY AND INTERPRETATION

This man was reportedly pursued by foot, apprehended and handcuffed by law enforcement agents. He then became unresponsive, and cardiopulmonary resuscitation was begun. He was taken to Humboldt Hospital emergency room and then transferred to the Madison County General Hospital where he died approximately fifteen hours after the struggle.

At postmortem examination, external evidence of injury is limited to superficial abrasions on the face and extremities. Internal examination reveals hemorrhage into the strap muscles of the right side of the neck and fractures of the right 4th and 5th ribs at their junction of the sternum. These injuries may be related to resuscitation attempts and to an intravenous catheter on the right side of the neck. The heart is enlarged with left ventricular hypertrophy and has focally severe coronary atherosclerosis. Toxicology analysis reveals the presence of cocaine metabolites in blood samples taken from him at the hospital.

In my opinion, this death resulted from atherosclerotic cardiovascular disease. Cocaine toxicity is a contributing factor to death. The manner of death is accident.

KEC/kmj

Case Number: 2014-0452    Decedent: Eddie R. Epperson



MEC#2014-0452
EPPERSON, EDDIE R
4/4/2014